IN THE FIRST JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JAMIE H. SMITH,

    Plaintiff,

v.                                Case No.: 2022-CA-_____

WALMART, INC. #1222, a
Foreign For-Profit Corporation,

    Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, JAMIE H. SMITH, by and through the undersigned counsel, and sues Defendant, WALMART, INC. #1222, for damages and alleges:

1. This is an action for damages in excess of Thirty Thousand and 00/100 Dollars ($30,000.00).

2. At all times material to this action, Plaintiff, Jamie H. Smith, was a resident of Escambia County, Florida.

3. At all times material to this action, Defendant, WALMART, INC. #1222 (hereinafter "Walmart"), was a Foreign For-Profit Corporation, licensed to conduct business within the State of Florida and operated a facility located at 8970 Pensacola Blvd, Pensacola, Florida 32534.

4. On or about July 31, 2020, Plaintiff, Jamie H. Smith, was a business invitee upon the premises of Walmart, located at 8970 Pensacola Blvd, Pensacola, Florida 32534.

5. At the above time and place, Defendant, Walmart, owed a duty to business invitees to maintain the premises in a reasonably safe condition, to correct dangerous conditions which


EXHIBIT A

Defendant, Walmart, either knew, or should have known, to exist, and warn invitees of dangerous conditions of which Defendant had, or should have had, knowledge.

6. At the above time and place, Defendant, Walmart, breached the aforementioned duties by creating, failing to prevent, and/or failing to correct the dangerous and hazardous condition of a not securing metal barricades within the subject Defendant's premises. Defendant knew, or should have known, of the dangerous condition and failed to correct the condition or warn Plaintiff, Jamie H. Smith, of its existence.

7. As a result of Defendant, Walmart's breach of duty, Plaintiff, Jamie H. Smith, was struck and suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, Jamie H. Smith, demands judgment against Defendant, WALMART, INC. #1222, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest, and attorneys' fees, and further demands trial by jury.

DATED this the 28th day of January, 2022.

/s/ *Adrian R. Bridges*
ADRIAN R. BRIDGES
Florida bar No.: 58877
MARCUS J. MICHLES, II
Florida Bar No.: 623806
Michles & Booth, P.A.
1502 South Ferdon Blvd.
Crestview, FL 32536
Telephone: (850) 683-4848
Facsimile: (850) 683-8885
Primary: courtdocs@michlesbooth.com
Secondary: filing@michlesbooth.com
*Counsel for Plaintiff*

IN THE FIRST JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

JAMIE H. SMITH,

    Plaintiff,

v.                                                          Case No.: 2022-CA-_____

WALMART, INC. #1222, a
Foreign For-Profit Corporation,

    Defendant.
_____/

## PLAINTIFF'S COUNSEL'S DESIGNATION OF EMAIL ADDRESSES

Plaintiff's counsel, Adrian R. Bridges and Marcus J. Michles II, of the firm Michles & Booth, P.A., pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), hereby designates the following primary and secondary email addresses for email service of pleadings and documents in the above referenced case:

    Primary email address:        courtdocs@michlesbooth.com

    Secondary email address:      filing@michlesbooth.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document has been served upon Defendant, WALMART, INC. #1222, along with the Complaint in this matter, by a duly licensed and authorized process server.

                                                          /s/ *Adrian R. Bridges*
                                                          ADRIAN R. BRIDGES
                                                          Florida bar No.: 58877
                                                          MARCUS J. MICHLES, II
                                                          Florida Bar No.: 623806
                                                          Michles & Booth, P.A.
                                                          1502 South Ferdon Blvd.
                                                          Crestview, FL 32536
                                                          Telephone: (850) 683-4848
                                                          Facsimile: (850) 683-8885
                                                          Primary: courtdocs@michlesbooth.com
                                                          Secondary: filing@michlesbooth.com
                                                          *Counsel for Plaintiff*